(Reap. Dec. 9732)

EUGENE DIETZGEN & CO., INC.
NATIONAL CARLOADING CORP. ET AL. } *v.* UNITED STATES

Entry No. 713531, etc.

(Decided June 28, 1960)

*Eugene R. Pickrell* for the plaintiffs.
*George Cochran Doub*, Assistant Attorney General, for the defendant.

LAWRENCE, Judge: Certain instruments and polished wooden cases therefor comprise the subject merchandise of the appeals for a reap-

praisement enumerated in the schedule, attached to and made part of the decision herein.

By stipulation of the parties hereto, it has been agreed as follows:

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the Plaintiff [*sic*] and the Assistant Attorney General for the United States, that the items described below, consist of instruments and polished wooden cases which in the principle of law as set forth in the decisions of *Keuffel & Esser Co.* vs. *United States*, Abstract No. 59557, and *John P. Herber & Co., Inc.* vs. *United States*, C.D. 1519, are separately dutiable; that the cases and instruments, in accordance with that principle, should be appraised separately instead of as an entirety; and that the market value or price at the time of exportation of the instruments and cases covered by the above appeals for reappraisement at which such or similar merchandise was freely offered for sale to all purchasers in the principal markets of Western Germany in usual wholesale quantities and in the ordinary course of trade for export to the United States, plus the cost of all containers and all coverings of whatever nature and all other costs, charges and expenses incident to placing the merchandise in question packed ready for shipment to the United States was as set forth below:

| Instrument | Value | Value of case |
|---|---|---|
| #195321–A/05748–50 | | |
| Pantograph #100 | $152.80 | $20.00 |
| Pantograph #300 | 89.80 | 19.00 |
| Crane Standards | 19.20 | 12.80 |
| Column Standards | 31.80 | 19.20 |
| #201751–A/10933–50 | | |
| Compensating Polar Planimeters | | |
| PAMIS #16 | $11.05 | $2.20 |
| PARAM #30 | 17.40 | 2.50 |
| PARUS #33 | 20.90 | 2.50 |

IT IS FURTHER STIPULATED AND AGREED that on or about the dates of exportation of the said merchandise, such or similar merchandise was not freely offered for sale for home consumption to all purchasers in the principal markets of Western Germany.

IT IS FURTHER STIPULATED AND AGREED that the above appeals for reappraisement be submitted for decision on this stipulation.

Upon the agreed facts before the court, I find and hold that export value, as that value is defined in section 402(d) of the Tariff Act of 1930 (19 U.S.C. § 1402(d)), is the proper basis of value for the instruments and cases in issue and that said value is as set forth in the tabulation above.

As to any other merchandise, the appeals are dismissed.

Judgment will issue accordingly.